**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-1994

JUN - 2 2011

IN RE: GORDON PROPERTIES, LLC,

　　　　　Debtor,

---

FIRST OWNER'S ASSOCIATION OF FORTY SIX HUNDRED CONDOMINIUM, INCORPORATED,

　　　　　Plaintiff - Appellant,

v.

GORDON PROPERTIES, LLC,

　　　　　Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Senior District Judge. (1:10-cv-00872-CMH-TCB; 09-18086-RGM; 09-01304-RGM)

Submitted: April 28, 2011　　　　　　　　　　Decided: June 2, 2011

Before NIEMEYER, DUNCAN, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael S. Dingman, Linda S. Broyhill, Robert M. Diamond, Richard D. Kelley, REED SMITH, LLP, Falls Church, Virginia; Robert M. Marino, REDMON PEYTON & BRASWELL, LLP, Alexandria, Virginia, for Appellant. Donald F. King, Stephen A. Cobb, ODIN,

FELDMAN & PITTLEMAN, PC, Fairfax, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

First Owner's Association of Forty Six Hundred Condominium, Inc., appeals the district court's order dismissing First Owner's Association's appeal from the bankruptcy court's order denying the Gordon Properties' motion for a preliminary injunction. We have reviewed the record included on appeal, as well as the parties' briefs, and find no reversible error in the district court's conclusion that First Owner's Association, as the prevailing party in the bankruptcy court, lacked standing to pursue the appeal. See In re Urban Broad. Corp., 401 F.3d 236, 243 (4th Cir. 2005). Accordingly, we affirm for the reasons stated by the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED